```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EAGLE CONCRETE PUMPING, INC., a ) <br> California corporation ) <br> ) <br> Defendant. ) <br> _____) | NO. C 06 7155 VRW <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for February 20, 2007 to be continued to March 6, 2007 at 9:00 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: February 16, 2007

_____
Honorable Vaughn R. Walker

IT IS SO ORDERED
/s/ Vaughn R Walker
Judge Vaughn R Walker

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1