```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*Mar. 5, 2007*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 06 7155 VRW |
| ) Plaintiff, ) | |
| ) vs. ) | NOTICE OF VOLUNTARY DISMISSAL |
| EAGLE CONCRETE PUMPING, INC., a ) California corporation ) ) ) Defendant. ) | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for March 6, 2007 at 9:00 a.m. in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: March 1, 2007

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiff

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On March 1, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Eagle Concrete Pumping, Inc.**
**20912 Trefoil Lane**
**Cottonwood, CA 96022**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2007 at San Francisco, California.

_____
Sharon Eastman